| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: <br><br> _____ District of _____ <br> (State) <br> Case number (*If known*): _____ Chapter _____ |

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**
   _____

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names
   _____
   _____
   _____
   _____
   _____

3. **Debtor's federal Employer Identification Number** (EIN)

   — — – — — — — — — — —

4. **Debtor's address**

   **Principal place of business**

   _____
   Number        Street

   _____

   _____
   City                State     ZIP Code

   _____
   County

   **Mailing address, if different from principal place of business**

   _____
   Number        Street

   _____
   P.O. Box

   _____
   City                State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number        Street

   _____

   _____
   City                State     ZIP Code

5. **Debtor's website** (URL)
   _____

Debtor _____     Case number (*if known*)_____
                        Name

**6.   Type of debtor**

❑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding  LLP)

❑ Other. Specify: _____

**7.   Describe debtor's business**

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. § 101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

❑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑ Chapter 7

❑ Chapter 9

❑ Chapter 11. *Check **all** that apply*:

❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

❑ A plan is being filed with this petition.

❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

❑ No

❑ Yes.   District _____   When _____   Case number _____
                                                                    MM / DD / YYYY

                  District _____   When _____   Case number _____
                                                                    MM / DD / YYYY

Debtor _____     Case number (*if known*)_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

❑ No

❑ Yes.   Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

❑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

❑ No

❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❑ It needs to be physically secured or protected from the weather.

❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❑ Other _____

**Where is the property?**_____
Number        Street

_____

_____   _____ _____
City                                    State ZIP Code

**Is the property insured?**

❑ No

❑ Yes. Insurance agency _____

Contact name _____

Phone _____

| Statistical and administrative information |

**13. Debtor's estimation of available funds**

*Check one:*

❑ Funds will be available for distribution to unsecured creditors.

❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

❑ 1-49
❑ 50-99
❑ 100-199
❑ 200-999

❑ 1,000-5,000
❑ 5,001-10,000
❑ 10,001-25,000

❑ 25,001-50,000
❑ 50,001-100,000
❑ More than 100,000

Debtor _____     Case number (*if known*)_____
            Name

| | | | |
|---|---|---|---|
| **15.  Estimated assets** | ❑ $0-$50,000<br>❑ $50,001-$100,000<br>❑ $100,001-$500,000<br>❑ $500,001-$1 million | ❑ $1,000,001-$10 million<br>❑ $10,000,001-$50 million<br>❑ $50,000,001-$100 million<br>❑ $100,000,001-$500 million | ❑ $500,000,001-$1 billion<br>❑ $1,000,000,001-$10 billion<br>❑ $10,000,000,001-$50 billion<br>❑ More than $50 billion |
| **16.  Estimated liabilities** | ❑ $0-$50,000<br>❑ $50,001-$100,000<br>❑ $100,001-$500,000<br>❑ $500,001-$1 million | ❑ $1,000,001-$10 million<br>❑ $10,000,001-$50 million<br>❑ $50,000,001-$100 million<br>❑ $100,000,001-$500 million | ❑ $500,000,001-$1 billion<br>❑ $1,000,000,001-$10 billion<br>❑ $10,000,000,001-$50 billion<br>❑ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
                         MM  / DD / YYYY

✘ _____        _____
Signature of authorized representative of debtor              Printed name

Title _____

**18.  Signature of attorney**

✘ _____        Date  _____
Signature of attorney for debtor                                         MM    / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number         Street

_____        _____        _____
City                                                                             State             ZIP Code

_____        _____
Contact phone                                                      Email address

_____        _____
Bar number                                                                       State

| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **District of New Jersey** (State) | ☐ Check if this is an amended filing |
| Case Number (*if known*):_____    Chapter__11 | |

**Rider 1**
**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the District of New Jersey for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Venetian Care & Rehabilitation Center, LLC.

- The Venetian Care & Rehabilitation Center, LLC
- Windsor Healthcare Management Limited Liability Company
- The Buckingham at Norwood Care & Rehabilitation Center, LLC
- Ashbrook Care & Rehabilitation Center, LLC
- Cornell Hall Care & Rehabilitation Center, LLC
- Greenbrook Manor Care & Rehabilitation Center, LLC
- Llanfair House Care & Rehabilitation Center, LLC
- Merwick Care & Rehabilitation Center, LLC
- The Canterbury at Cedar Grove Care & Rehabilitation Center, LLC

**United States Bankruptcy Court**
**District of New Jersey**

In re ___The Venetian Care and Rehabilitation Center, LLC___         Case No. _____

                                                        Debtor(s)         Chapter   11_____

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for The Venetian Care and Rehabilitation Center, LLC in the above captioned action, certifies that the following isa (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Venetian Healthcare Holdings LLC _____

_____

_____

☒  None [*Check if applicable*]

4/23/2026
_____                    /s/ Thomas A. Pitta_____
Date
                                                     Signature of Attorney for The Venetian Care
                                                     and Rehabilitation Center, LLC

Fill in this information to identify the case:

Debtor: Venetian Care & Rehabilitation Center, LLC, et al.

United States Bankruptcy Court for the District of New Jersey

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases:  List of Creditors Who have the 30 Largest Unsecured Claims and Are Not Insiders

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101 (31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral of setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. CHANGE HEALTHCARE OPERATIONS, LLC | 424 Church St Suite 1400 Nashville, TN 37219 | Trade debt | Unliquidated | | | $8,588,801.18 |
| 2. ENCORE PREAKNESS, INC | P.O. BOX 933195 Cleveland, OH 44193 | Trade Debt | Unliquidated | | | $6,238,891.62 |
| 3. ULTRABENEFITS INC | 22 Elm Street Suite 110, Worcester, MA 01608 | Trade Debt | Unliquidated | | | $4,746,584.18 |
| 4. POWERBACK REHABILITATION | P.O. Box 821322 Philadelphia, PA 19182 | Trade Debt | Unliquidated | | | $2,799,699.04 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral of setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5. | HEALTHCARE SERVICES GROUP, INC | P.O. Box 829677 Philadelphia, PA 19182 | Trade Debt | Unliquidated | | | $1,295,970.71 |
| 6. | HALL BOOTH SMITH, P.C. | 15 E Midland Ave, Ste 3, Paramus, NJ 07652 | Professional services | Unliquidated | | | $1,293,791.94 |
| 7. | TAKE COMMAND | 1410 E. Renner Rd., Suite 200, Richardson, TX 75082 | Trade Debt | Unliquidated | | | $1,155,884.41 |
| 8. | BUCHANAN INGERSOLL ESQS. | 501 Grant Street Pittsburgh, PA 15219-4413 | Professional services | Unliquidated | | | $692,376.38 |
| 9. | JOHNSON, KENDALL & JOHNSON, INC. | 109 Pleasant Run, Newton, PA 18940 | Trade Debt | Unliquidated | | | $609,150.83 |
| 10. | HEALTHCARE ADVOCATES | 310 West Master Street, Philadelphia, PA 19122 | Trade Debt | Unliquidated | | | $475,585.92 |
| 11. | SEIU NATIONAL INDUSTRY PENSION FUND | P.O. Box 5356 Carol Stream, IL 60197 | Trade Debt | Unliquidated | | | $365,937.06 |
| 12. | SYSCO METRO NEW YORK | 20 Theodore Conrad Drive, Jersey City, NJ 07305 | Trade Debt | Unliquidated | | | $355,084.91 |
| 13. | MEDLINE INDUSTRIES, INC. | P.O. Box 382075, Pittsburgh, PA 15251 | Trade Debt | Unliquidated | | | $343,806.95 |
| 14. | WASTE MANAGEMENT OF NORTHEAST NJ, INC. | P.O. BOX 13648, Philadelphia, PA 19101 | Trade Debt | Unliquidated | | | $326,662.55 |

Official Form 204      **Chapter 11 of Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims**   page 2

9277563v.2

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral of setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15. POINT CLICK CARE TECHNOLOGIES INC. | P.O. Box 674802, Detroit, MI 48267 | Trade Debt | Unliquidated | | | $301,416.13 |
| 16. ADP, LLC | P.O. Box 842875, Boston, MA 02284-2875 | Trade Debt | Unliquidated | | | $242,817.58 |
| 17. BANKDIRECT CAPITAL FINANCE | Two Conway Park 150 North Field Drive, Suite 190, Lake Forest, IL 60045 | Trade Debt | Unliquidated | | | $207,513.15 |
| 18. WELLSKY CORPORATION (REFERRAL) | P.O. Box, 200086 Dallas, TX 75320 | Trade Debt | Unliquidated | | | $170,000.00 |
| 19. INSIGHT PUBLIC SECTOR, INC. | P.O. Box 731072, Dallas, TX 75373-1072 | Trade Debt | Unliquidated | | | $152,142.09 |
| 20. DISTRICT 1199J NATIONAL UNION OF HOSP | 325 Chestnut Street, Suite 215, Philadelphia, PA 19106 | Trade Debt | Unliquidated | | | $140,164.72 |
| 21. WELLSKY CORPORATION | P.O. Box 200086, Dallas, TX 75320 | Trade Debt | Unliquidated | | | $139,784.59 |
| 22. MEDICAL NUTRITION THERAPY ASSOCIATES, LLC | 1382 Lanes Mill Rd, STE 101, Lakewood, NJ 08701 | Trade Debt | Unliquidated | | | $131,300.00 |
| 23. FASTRAD, LLC | 1000 Central Avenue Woodmere, NY 11598 | Trade Debt | Unliquidated | | | $127,667.50 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral of setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 24. NETWORK DOCTOR NJ LLC | 600 Sylvan Avenue, Suite 212, Englewood Cliffs, NJ 07632 | Trade Debt | Unliquidated | | | $125,146.65 |
| 25. ESTATE OF MARILYN JACKSON-STREETER AND | Davis & Brusca, LLC 100 Charles Ewing Blvd, Ewing, NJ 08628 | Trade Debt | Unliquidated | | | $108,900.00 |
| 26. AMTRUST NORTH AMERICA, INC. | P.O. Box 94557, Cleveland, OH 44101 | Trade Debt | Unliquidated | | | $106,277.63 |
| 27. FASTEN HALBERTSTAM LLP | 40 Wall Street, Suite 3602, New York, NY 10005 | Trade Debt | Unliquidated | | | $93,102.00 |
| 28. TEAMSTERS LOCAL #97 BENEFITS FUND | 136 Central Avenue, Clark, NJ 07066 | Trade Debt | Unliquidated | | | $92,363.47 |
| 29. ACULABS, INC. | 2 Kennedy Boulevard, East Brunswick, NJ 08816 | Trade Debt | Unliquidated | | | $85,744.10 |
| 30. LIFE RIDE INC | 70 South Orange Ave, STE 220, Livingston, NJ 07039 | Trade Debt | Unliquidated | | | $84,768.20 |

9277563v.2

# RESOLUTIONS OF MANAGERS OF THE COMPANIES

April 23, 2026

The undersigned, (i) Hyman Jacobs ("**Hyman**"), being (a) the manager of Llanfair House Care & Rehabilitation Center, LLC ("**Llanfair**") and Windsor Healthcare Management Limited Liability Company ("**WHCM**") and (b) the manager of Buckingham-Canterbury Parent, LLC, being the sole member of The Buckingham at Norwood Care & Rehabilitation Center, LLC ("**Buckingham**"), (ii) Joshua Jacobs ("**Joshua**"), being the manager of Cornell Hall Care & Rehabilitation Center, LLC ("**Cornell**"), Merwick Care & Rehabilitation Center, LLC ("**Merwick**") and The Canterbury at Cedar Grove Care & Rehabilitation Center, LLC ("**Canterbury**"), (iii) Batsheva Katz ("**Batsheva**"), being the manager of Greenbrook Manor Care & Rehabilitation Cetner, LLC ("**Greenbrook**") and (iv) Michael Jacobs ("**Michael**", and together with Hyman, Jacob and Batsheva, the "**Managers**"), being the manager of The Venetian Care and Rehabilitation Center, LLC ("**Venetian**") and Ashbrook Care & Rehabilitation Center, LLC ("**Ashbrook**", and together with Llanfair, WHCM, Buckingham, Cornell, Merwick, Canterbury, Greenbrook and Venetian, the "**Companies**" and each, a "**Company**"), do hereby adopt the following resolutions:

**WHEREAS**, the Managers have reviewed and considered the financial and operational condition of the Companies and the Companies' business on the date hereof, including the historical performance of the Companies, the assets of the Companies, the current and long-term liabilities of the Companies, and the market for the Companies' products;

**WHEREAS**, the Managers have received, reviewed and considered the recommendations of the Companies' legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of chapter 11 of title 11 of the United States Code;

**NOW**, **THEREFORE**, **IT IS**:

**RESOLVED** that, in the judgment of the Managers, it is desirable and in the best interests of the Companies, and its creditors, stockholders and other interested parties, that voluntary petitions be filed by each of the Companies commencing cases under the provisions of chapter 11 of title 11 of the United States Code (the "**Chapter 11 Cases**");

**RESOLVED FURTHER** that Jacen Dinoff, the Chief Winddown Officer of each Company, and/or such other officer(s) as the Managers direct (each, an "**Officer**" and collectively, the "**Officers**") be, and they each hereby are, authorized and directed to execute and file on behalf of the Companies all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem necessary or proper to obtain relief for the Companies under chapter 11 of title 11 of the United States Code;

**RESOLVED FURTHER** that the Officers of the Companies are hereby authorized, and each Officer shall be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Companies, to employ and retain (i) Emmet, Marvin & Martin,

9278335v.5

LLP, as bankruptcy counsel and (b) KCP Advisory Group, as financial advisor, with Jacen Dinoff serving as Chief Winddown Officer, in each case in connection with the Chapter 11 Cases;

**RESOLVED FURTHER**, that the Officers of the Companies be, and they hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants to the Companies as are deemed necessary to represent and assist the Companies in carrying out the Companies' duties under title 11 of the United States Code, and in connection therewith, the Officers of the Companies are hereby authorized and directed to execute appropriate retention agreements, and to cause to be filed an appropriate application for authority to retain the services of such firms;

**RESOLVED FURTHER**, that the Officers of the Companies be, and they hereby are, authorized and empowered to take or cause to be taken any and all actions, execute and file any and all documents or pleadings pursuant to the applicable provisions of the title 11 of the United States Code, as may be appropriate in furtherance of a plan of liquidation;

**RESOLVED FURTHER**, that the Officers of the Companies be, and they hereby are, authorized and empowered for, in the name of, and on behalf of the Companies, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

**RESOLVED FURTHER**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of the Managers, in the name and on behalf of the Companies, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified;

**RESOLVED FURTHER** that the foregoing powers and authorizations shall continue in full force and effect until revoked in writing by the Managers;

**RESOLVED FURTHER** that this certification may be executed by facsimile, telecopy or other reproduction, and such execution shall be considered valid, binding and effective for all purposes.

[Signature page to follow.]

In certification of this Resolution of the Managers, I do set my hand and seal this 23rd day of April, 2026.

Name: Hyman Jacobs
Title: Manager of Llanfair House Care & Rehabilitation Center, LLC, Windsor Healthcare Management Limited Liability Company and Buckingham-Canterbury Parent, LLC (as sole member of The Buckingham at Norwood Care & Rehabilitation Center, LLC)

Name: Michael Jacobs
Title:   Manager of Ashbrook Care & Rehabilitation Center, LLC and The Venetian Care and Rehabilitation Center, LLC

Name: Joshua Jacobs
Title:   Manager of Merwick Care & Rehabilitation Center, LLC, Cornell Hall Care & Rehabilitation Center, LLC, and The Canterbury at Cedar Grove Care & Rehabilitation Center, LLC

Name: Batsheva Katz
Title:   Manager of Greenbrook Manor Care & Rehabilitation Center, LLC

-3-