UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Fran B. Steele, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Email: fran.b.steele@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| The Venetian Care & Rehabilitation | : | Lead Case No. 26- 14510(VFP) |
| Center, LLC, *et al.* | : | *Jointly Administered* |
|  | : |  |
| Debtors[1]. | : | The Honorable Vincent F. Papalia |
|  | : |  |
|  | : |  |

## NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints, effective May 12, 2026, the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned cases:

**Change Healthcare Operations, LLC**
1 Optum Circle
Eden Prairie, MN 55344
Attn: Patrick DeWall
Patrick.dewall@optum.com

**Powerback Rehabilitation, LLC**
101 East State Street
Kennett Square, PA 19348
Attn: Matt Vanderpool
Matt.vanderpool@powerbackrehab.com

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Venetian Care & Rehabilitation Center, LLC (3447); Windsor Healthcare Management, LLC (8442); Buckingham at Norwood Care & Rehabilitation Center, LLC (8881); Ashbrook Care & Rehabilitation Center LLC (8833); Cornell Hall Care & Rehabilitation Center LLC (9141); Greenbrook Manor Care & Rehabilitation Center LLC (9365); Llanfair House Care & Rehabilitation Center LLC (9620); Merwick Care & Rehabilitation Center, LLC (9389); Canterbury at Cedar Grove Care & Rehabilitation Center LLC (8863). The location of the Debtors' principal place of business is 100 McClellan Street, Norwood, NJ 07648.

Page 2
The Venetian Care & Rehabilitation Center, LLC, et al.,
Appointment of Official Committee of Unsecured Creditors


**Healthcare Services Group, Inc.**
3220 Tillman Drive
Suite 301
Bensalem, PA 19020
Attn: Peter Nenstiel
**pnenstiel@hcsgcorp.com**

**Aculabs, Inc.**
2 Kennedy Boulevard
East Brunswick, NJ 08816
Attn: Peter Gudaitis
**pgudaitis@aculabs.com**


**SEIU National Industry Pension Fund**
1800 Massachusetts Ave, NW
Suite 301
Washington DC 20036
Attn: Michael Shelton
**Michael.shelton@seiufunds.org**


ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9


*/s/ Lauren Bielskie*
Lauren Bielskie
Acting Assistant United States Trustee

Fran B. Steele
Trial Attorney


Date: May 12, 2026