**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**TROUTMAN PEPPER LOCKE LLP**
Deborah Kovsky-Apap (N.J. Bar No. 030942003)
Simon R. Mayer (*admitted pro hac vice*)
Tori L. Remington (*admitted pro hac vice*)
875 Third Avenue
New York, NY 10281-2101
Telephone: 212-704-6000
Fax: 212-704-6288
Email: deborah.kovsky@troutman.com
simon.mayer@troutman.com
tori.remington@troutman.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In re:<br><br>Venetian Care & Rehabilitation Center, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 26-14510 (VFP)<br><br>(Jointly Administered)<br><br>**Re: D.I. 26** |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIMITED <u>OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u>**

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Venetian Care & Rehabilitation Center, LLC (3447); Windsor Healthcare Management, LLC (8442); Buckingham at Norwood Care & Rehabilitation Center, LLC (8881); Ashbrook Care & Rehabilitation Center LLC (8833); Cornell Hall Care & Rehabilitation Center LLC (9141); Greenbrook Manor Care & Rehabilitation Center LLC (9365); Llanfair House Care & Rehabilitation Center LLC (9620); Merwick Care & Rehabilitation Center, LLC (9389); Canterbury at Cedar Grove Care & Rehabilitation Center LLC (8863). The location of the Debtors' principal place of business is 100 McClellan Street, Norwood, NJ 07648.

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its proposed undersigned counsel, hereby objects (this "Limited Objection") to *Creditor Angela Erika Roque's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) to Allow Continuation of Pending Employment Litigation for the Sole Purpose of Recovering Against Available Insurance Proceeds* [D.I. 26] filed by Movant Angela Erika Roque ( "Ms. Roque"). In support of its Limited Objection, the Committee respectfully states as follows:

**PRELIMINARY STATEMENT**

1. Ms. Roque's Motion seeks relief from the automatic stay in order to pursue claims in state court, with recoveries to come solely from the proceeds of the Debtors' insurance policies. The amounts sought in the pending state court action filed by Movant is not specified.

2. Movant has not agreed to waive any claims against the Debtors' estates in excess of available insurance.

3. The Committee has only been able to obtain information regarding the Debtors' insurance policies, including loss runs, in the past few days and has not yet completed its analysis of those policies and the potential universe of claims against them. Accordingly, the Committee does not know, at this time, whether allowing Movant to recover against the policies would exhaust any applicable limits or otherwise prejudice similarly-situated creditors.

4. In an effort to resolve this dispute, counsel for the Committee contacted Movant's counsel and offered to agree to relief from the automatic stay in order to allow Movant to liquidate its claim, but not collect on that claim from any applicable insurance policy pending further order from the Court. As of the filing of this Limited Objection, Movant had not responded to the Committee's offer.

## ARGUMENT

5. The Committee does not object, in principle, to the relief sought in Ms. Roque's Motion, provided that the Movant agree to waive any excess claims against the Debtors' estates. However, the Court should not grant such relief until the Committee has had an opportunity to confirm that there is sufficient insurance available to cover *all* claims and that no other creditors would be prejudiced if Movant is allowed to proceed.

6. Further, the Committee submits that relief from the automatic stay, if deemed appropriate, should be conditioned on Movant's agreement to waive any further claims against the Debtors' estates.

## CONCLUSION

For the reasons set forth herein, the Committee respectfully requests that the Court (a) deny approval of Ms. Roque's Motion until the Committee has had an opportunity to complete its insurance analysis; (b) condition any relief from the stay on Movant's waiver of additional claims against the Debtors' estates; and (c) grant such other and further relief as the Court deems just and proper.

Dated: June 23, 2026

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Deborah Kovsky-Apap*
Deborah Kovsky-Apap (N.J. Bar No. 030942003)
875 Third Avenue
New York, NY 10022
Telephone: 212.704.6000
Email: deborah.kovsky@troutman.com

-and-

Simon Mayer (*admitted pro hac vice*)
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone: (713) 226-1507
Email: simon.mayer@troutman.com

-and-

Tori L. Remington (*admitted pro hac vice*)
Hercules Plaza
1313 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 777-6500
Email: tori.remington@troutman.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*