**EMMET, MARVIN & MARTIN, LLP**
120 Broadway, 32nd Floor
New York, NY 10271
Tel: 212-238-3148
Thomas A. Pitta, Esq.
tpitta@emmetmarvin.com
Jennifer R. Pierce, Esq.
jpierce@emmetmarvin.com
*Proposed Counsel to Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Venetian Care & Rehabilitation Center, LLC, *et al.* | Case No.: 26-14510(VFP) |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS' LIMITED OBJECTION TO MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") file this limited objection (this "**Limited Objection**") to the *Motion for Relief from the Automatic Stay* [Dkt. 26] (the "**Motion**") filed by Movant Angela Erika Roque ("**Movant**"), and respectfully state as follows:

1. Movant asks this Court to lift the automatic stay so that Movant may proceed against the Debtor Venetian Care & Rehabilitation Center, LLC in state court for the purpose of

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Venetian Care & Rehabilitation Center, LLC (3447); Windsor Healthcare Management, LLC (8442); Buckingham at Norwood Care & Rehabilitation Center, LLC (8881); Ashbrook Care & Rehabilitation Center LLC (8833); Cornell Hall Care & Rehabilitation Center LLC (9141); Greenbrook Manor Care & Rehabilitation Center LLC (9365); Llanfair House Care & Rehabilitation Center LLC (9620); Merwick Care & Rehabilitation Center, LLC (9389); Canterbury at Cedar Grove Care & Rehabilitation Center LLC (8863). The location of the Debtors' principal place of business is 100 McClellan Street, Norwood, NJ 07648.

recovering against insurance proceeds under Policy No. 652081439 issued by Continental Insurance Company of New Jersey/CNA. According to the Motion, Movant seeks damages "in excess of $2,000,000." *See* Motion ¶ 7.

2. The Official Committee of Unsecured Creditors (the "**Committee**") of the Debtors has filed a limited objection to the Motion because the Committee is still in the process of reviewing the Debtors' insurance policies and does not presently know whether granting Movant the requested relief in the Motion would exhaust any applicable limits or prejudice other creditors. Dkt. 95.

3. Debtors' counsel joins in the Committee's limited objection. The Debtors are also still in the process of completing their analysis of the Debtors' insurance policies and the potential universe of claims against them. Accordingly, the Debtors also do not know, at this time, whether allowing Movant to recover against the policies would exhaust any applicable limits or otherwise prejudice similarly-situated creditors.

4. Debtors do not object, in principle, to the relief sought in the Motion, provided that (i) the Movant agree to waive any excess claims against the Debtors' estates; and/or (ii) relief from the automatic stay, if deemed appropriate, be conditioned on Movant's agreement to waive any further claims against the Debtors' estates.

5. However, the Court should not grant such relief until the Committee and Debtors have had an opportunity to confirm that there is sufficient insurance available to cover all claims and that no other creditors would be prejudiced if Movant is allowed to proceed.

For the foregoing reasons, the Debtors respectfully request that this Court (1) deny approval of the Motion until the Committee and Debtors have had an opportunity to complete their respective analyses; (2) condition any relief from the stay on Movant's waiver of additional claims

against the Debtors' estates; and (3) grant such other and further relief as the Court deems just and proper.

DATED: June 23, 2026

Respectfully submitted,

**EMMET, MARVIN & MARTIN, LLP**

By: __/s/ Thomas A. Pitta______________

Thomas A. Pitta, Esq.
Jennifer R. Pierce, Esq.
120 Broadway, 32nd Floor
New York, NY 10271
Tel: 212-238-3148
tpitta@emmetmarvin.com
jpierce@emmetmarvin.com

*Proposed Counsel to Debtors and Debtors in Possession*