UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on October 2, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

The Venetian Care & Rehabilitation Center, LLC,

Debtor.

Case No.: 26-14510

Chapter: 11

Hearing Date: 9/22/2026

Judge: Vincent F. Papalia

# ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, is hereby **ORDERED.**

**DATED: October 2, 2026**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Venetian Care & Rehabilitation Center, LLC, et al.,<br><br>Debtors. | Chapter 11<br>Case No. 26-14510 (VFP)<br>(Jointly Administered)<br><br>Order Granting Relief From The Automatic Stay |

The Court having granted the motion of creditor Angela Erika Roque for relief from the automatic stay on September 22, 2026, and for the reasons stated on the record;

IT IS HEREBY ORDERED:

1. The automatic stay is modified to permit Angela Erika Roque to proceed through final judgment or settlement in Angela Erika Roque v. Venetian Care & Rehabilitation Center, LLC, et al., Civil Action No. 3:23-cv-20659-GC-JTQ, pending in the United States District Court for the District of New Jersey.
2. Ms. Roque agrees to forgo recovery from the Debtors' bankruptcy estates and shall seek satisfaction of any judgment or settlement in that action solely from available insurance proceeds under Continental Insurance Company of New Jersey/CNA Policy No. 652081439. No recovery from the Debtors' estate assets is authorized.
3. This Order does not determine insurance coverage or alter any rights or defenses under the Policy.
4. This Court retains jurisdiction to enforce this Order.